**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **YONAISY SERRANO PADRON,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 1:23-CV-00562-DII** |
| | § | |
| **STATE FARM MUTUAL** | § | |
| **AUTOMOBILE INSURANCE** | § | |
| **COMPANY,** | § | |
| **Defendant.** | § | |

## NOTICE OF SETTLEMENT

TO HONORABLE UNITED STATES DISTRICT COURT JUDGE HOWELL:

COME NOW, Plaintiff YONAISY SERRANO PADRON, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and notify the Court that the parties have reached a settlement agreement that will result in a full and final release and dismissal with prejudice of all claims and causes of action asserted in this lawsuit.

Respectfully submitted,

**BATRICE LAW FIRM**
807 Las Cimas Parkway, Suite 150
Austin, Texas 78746
(512) 600-1000 (t)
(512) 600-0217 (f)

By:     */s/ Jacob Cadena (with permission)*
        Jacob C. Cadena
        State Bar No. 24100069
        eservice@batricelawfirm.com

**ATTORNEY FOR PLANTIFF**

**GERMER BEAMAN & BROWN PLLC**

One Barton Skyway
1501 South Mopac Expressway, Suite A400
Austin, Texas 78746
(512) 472-0288 (t)
(512) 472-9260 (f)

By: _____

   W. Paul Miller
   State Bar No. 24068130
   wpm-svc@germer-austin.com **
   Jamie Giron
   State Bar No. 24113608
   jgiron@germer-austin.com

**ATTORNEYS FOR DEFENDANT
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY**

  **  *Service by e-mail or other electronic means must include this e-mail address for proper service.*

## CERTIFICATE OF SERVICE

   I do hereby certify that a true and correct copy of the foregoing instrument has been electronically served on all counsel of record on this 2nd day of June, 2023

Jacob Cadena      ***Via E-Mail: eservice@batricelawfirm.com***
BATRICE LAW FIRM
807 Las Cimas Parkway,
Suite 150
Austin, Texas 78746
***Attorneys for Plaintiff***

_____
W. Paul Miller